UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT EVANS,

    Defendant.

_____/

Case No. 16-20292

Hon. John Corbett O'Meara

**ORDER ADOPTING REPORT AND
RECOMMENDATION AND DENYING
DEFENDANT'S MOTION TO SUPPRESS**

Before the court is Magistrate Judge Anthony P. Patti's report and recommendation dated November 20, 2017. Magistrate Judge Patti recommends that the court deny Defendant Scott Evans's motion to suppress. Defendant filed objections to the report and recommendation on December 4, 2017; the government filed a response on December 18, 2017.

With respect to reports and recommendations from magistrate judges, this court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id. See also Fed.

R. Crim. P. 59(b).

Having conducted a *de novo* review of Magistrate Judge Patti's thorough and well-reasoned report, as well as the parties' submissions, the court finds Defendant's objections to be without merit.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Patti's November 20, 2017 report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendant's objections are OVERRULED and Defendant's motion to suppress evidence is DENIED.


                                              s/John Corbett O'Meara
                                              United States District Judge
Date:  December 20, 2017


I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 20, 2017, using the ECF system.

                                              s/William Barkholz
                                              Case Manager